## IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA,  : No. 27 and 28 MM 2015
:
Respondent     :
:
:
:
v.      :
:
:
TIMOTHY M. CURLEY,     :
:
Petitioner     :

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 6th day of May, 2015, the Application to File Under Seal and the Application for Leave to File Response are **GRANTED**, and the Application for Extraordinary Relief is **DENIED**, **WITHOUT PREJUDICE** to Petitioner's challenges pending in the Superior Court. *See Commonwealth v. Curley*, 299 MDA 2015 *Commonwealth v. Curley*, 12 MDM 2015.

    Mr. Justice Stevens joins the Order in all respects, except that he would deny the application to file under seal.